ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

2021 JUL 12 PM 4:30

DEPUTY CLERK_____ mb

Terrell Rayshawn Hughes
Plaintiff

v.

CITY OF DENISON et al
 Defendant

Civil Action No._____

3-21CV1611-G

Address: 300 West Main Street P.O Box 347 Denison Texas 75021

COMPLAINT:

I Terrell Hughes request removal of Cause Number: T1025152 to federal court and give this court jurisdiction over this matter due to Civil Rights violations of 1983 in the municipal Court of Denison
Dart Cherokee Basin Operating Co. v. Owens, 574 U.S._ (2015)., The removal Statue 28 U.S.C. §1446 requires only a "short and plain statement of the ground for removal.,

Short Plain statement

The City of Denison Municipal court (Donald M. Banman) and its Prosecution (Britton Brooks) has violated my god given constitutional rights and has maliciously intended to prosecute me after multiple errors on their part. They have failed to respond to motions and affidavits and violated my 6th amendment right. Every document that I have sent for the past 6 to 7 years have been disregarded by prejudice without examining the facts. On July 2, 2021, I was summoned to court under direct duress and coercion to Denison Municipal court called to check in via video chat and in person and no one was there except the clerk. I told her to have someone to Certify my right to subrogation as she told me she did not know what Subrogation is and told me she could only set another court date. I stated that I do not consent wrote on the document that was sent and left about a week later I receive a Threating and disturbing summon to appear Aug 11, 2021. I have challenged the jurisdiction of Denison court, and they have failed to respond and certify my right to subrogation and is attempting to continue after jurisdiction has been challenged. Which deprives me of my constitutional rights. 18 U.S. Code§ 242 Deprivation of rights under Color of law. In this said cause number there was no consent given at any time to the Denison police department which violates my fourth amendment as well. I Terrell Hughes am the only injured party. The date of this offense is Feb. 25,2014 and was not settled then due to judicial errors and has been preventing me from my right to Travel. I have researched extensively the organic laws of the united states of America, including more than two hundred years of American case law (i.e., common law), and now I affirm that I have secured the UNALIENABLE and FUNDAMENTAL, UNRESTRICTED and UNREGULATED RIGHT TO TRAVEL upon both the public walkways and the highways, and transport my personal and allodial property, duly conveyed, unhindered by ANY

i

private, corporate or statutory law, or Department of Motor Vehicles (DMV) regulation or so called requirement. This unalienable right to travel is guaranteed by the 9th and 10th Amendments of the organic Constitution of the United States of America (1789) and Bill of Rights (1791) and upheld by many court decisions in the support of that right. I now explicitly RESERVEM ASSERT and DEFEND that right.

I believe this court has the power to decide this case and has jurisdiction over this lawsuit since my rights were violated in so many ways. I wish to be compensated for the damages assessed in the counterclaim- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence, Original Copies of all videos. Fingerprinted removed from the system in Denison. And paid in U.S Dollars

COUNTERCLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASSESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS BY LAW OR FAIL TO RESPOND, FAILURE TO RESPOND IS AN ADMISSION OF GUILT,

1. Failure to state a claim upon which relief can be granted- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
2. Failure to respond- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
3. Default by non-response or incomplete response- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
4. Constitutional Violations- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
5. Abuse of Authority- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
6. Denial of Due process- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
7. Unlawful Arrest- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
8. Trespassing- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
9. Conspiracy to Defraud- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
10. False imprisonment- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
11. Civil rights Violation 1983- 1,000,000. (One Million US Dollars) per

third party Defendant, per count, per violation, per occurrence
12. Abuse of power- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
13. Abuse of Process- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence

14. Coercion- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
15. Malicious intent to prosecute- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
16. Deprivation of rights 18 U.S.C§ 242- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
17. cruel and unusual treatment- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
18. mental and emotional injuries- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
19. Unwarranted search and seizure- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
20. Racial Profiling- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
21. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per day, and interest of 1.5 % per month compounded daily for the first (30) Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $5,000,000.00 (Five Million Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, including interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $10,000,000.00 (Ten Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce

3

Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds, these funds will only be accepted at Par Value as indicated above. Punitive damages will be assessed as seven (7) times the original number of damages. Punitive damages will be added to the original number of damages.

Date 7/12/2021

Signature Terrell [signature]

Print Name Terrell RayShawn Hughes

Address 9506 Ferguson Rd # 1087

City, State, Zip Dallas TX 75228

Telephone 214-791-6838

CITY OF DENISON

*Municipal Court*
300 West Main Street
P.O. Box 347
Denison, TX  75021

903.465.2720 | Phone

www.cityofdenison.com



NOTICE OF COURT HEARING BY TELEPHONE CONFERENCE

DOCKET/CITATION NO: 1400009977 / T1025152
VIOLATION: POSSESSION OF DRUG PARAPHERNALIA(MINOR)
DATE OF OFFENSE: February 25, 2014
TODAY'S DATE: July 2, 2021

STATE OF TEXAS
vs.
HUGHES, TERRELL RAYSHAWN

On March 13, 2020, the Supreme Court of Texas and Court of Criminal Appeals issued the First Emergency Order Regarding the COVID-19 State of Disaster and authorized all courts in Texas in any case – civil or criminal – without a participant's consent to conduct any hearing or court proceeding remotely through teleconferencing, video conferencing, or other means.  In light of the COVID-19 pandemic and the recommendation that gatherings of more than 10 people shall be avoided, this Court will conduct your hearing by teleconference in order to advance the public health goal of limiting face-to-face meetings (also called "social distancing") to slow the spread of the coronavirus.  The call-in information to participate in your hearing scheduled for **August 11, at 09:30 AM**, is as follows:

| | | |
|---|---|---|
| Call in Number: | 1-346-248-7799  OR | |
| Web link(s): | Judge | https://txcourts.zoom.us/j/XXXXXXXXXXX |
| | Prosecutor | https://us02web.zoom.us/j/89543752275 |
| Meeting ID: | 895 4375 2275 | |

You will need to have an electrionic device such as cell phone, tablet, laptop, or a computer to connect with the Judge or Prossecutor during your hearing. If you are unable to connect please call the Court office 903-464-4448.

Once you connect to the meeting, you will be put into a "waiting room" for online hearings.  All defendants will wait here until their case is called, at which time you will be automatically pulled into the virtual courtroom. **When you are pulled into the hearing with the Judge or the Prosecutor be sure to unmute your phone by using *6.** You do not need to do anything else – do not exit this room. Wait time could be up to an hour.

If you have any questions regarding this notice, please feel free to contact the Municipal Court (903) 464-4448.

Fine Amount:  $ 567.50

SENT BY MAIL TO DEFENDANT ON  July 2, 2021.

TERRELL RAYSHAWN HUGHES
9510 Ferguson Rd.
DALLAS, TX 75228

Donald M. Banman
Presiding Judge

Brett L. Evans
Alternate Judge

Britton Brooks
Prosecutor

J. Eric Newton
City Marshal

*Moving Forward. Kicking Back.*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Terrell Rayshawn Hughes

**DEFENDANTS**
The City of Denison

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Grayson
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS - PERSONAL INJURY**
- 310 Airplane
- [x] 315 Airplane Product Liability
- [x] 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS - PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [x] 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- [x] 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Rights of 1983

Brief description of cause:
Deprivation of Rights

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 21,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____